No. 90–5196.  COFIELD v. MURRAY, DIRECTOR, VIRGINIA DE-PARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 90–5197.  BRITTON v. GODWIN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–5200.  PETRARCA v. PICERNE ET AL.  Sup. Ct. R. I.  Certiorari denied.

No. 90–5201.  AUDINOT v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 90–5202.  DIXON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 90–5203.  PHILLIPS v. SHAWANO COUNTY, WISCONSIN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 90–5205.  RICHARDSON v. STALDER, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 90–5208.  CAMPINO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–5214.  QADHAFI v. VIRGINIA.  Ct. App. Va.  Certiorari denied.

No. 90–5216.  GIOVANNI v. WHITLEY, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 90–5219.  MORRIS v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 90–5221.  RASHE v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–5223.  RODRIGUEZ v. LOPEZ ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–5224.  SMITH v. BARNETT, ATTORNEY GENERAL OF NORTH CAROLINA.  C. A. 4th Cir.  Certiorari denied.

No. 90–5225.  FERRER-MAZORRA v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.